# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PREFERRED FINANCIAL SERVICES, INC., | § § § | No. 75, 2019 |
| Plaintiffs Below, Appellants, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No. N16J-05369 |
| A&R BAIL BONDS LLC, | § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: August 14, 2019
Decided: August 28, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 28th day of August, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its January 23, 2019 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice